JOHN KINNER, Appellant, v. JOHN SHANE et al., Respondents.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: The court erred reversibly in refusing to rule on the motion to strike out the liens. While no exception was taken, we grant a new trial in the interest of justice. (See Civ. Prac. Act, § 444, subd. 3.) All concur. (The judgment is for defendants on their counterclaim in an action to recover for labor and material furnished under contract. The order denies a motion to set aside the verdict, to dismiss the counterclaim and for a new trial.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

EARL W. LAVER, as President of the Association of Master Plumbers of the City of Utica, Plaintiff, v. CITY OF UTICA, Defendant.— Submission of controversy dismissed, without costs. Memorandum: The record in this submission of controversy discloses that there are several persons who are interested in the controversy and who are not parties to this submission, and whose rights might be affected by any judgment which might be declared. This being the case, a declaratory judgment herein " would be a mere academic pronouncement without juridical consequence, but which might be embarrassing if attempt is made thereafter to enforce these rights in legal proceedings to which they are parties. A court may, and ordinarily must, refuse to render a declaratory judgment in such case. [Citing authority.] " (*Manhattan Storage & Warehouse Co.* v. *Movers Assn.*, 289 N. Y. 82, 88.) All interested persons should have been made parties to this submission and given an opportunity to be heard in defense of their rights. (*Wood* v. *City of Salamanca*, 289 N. Y. 279, 282, 283.) The submission should be dismissed, without costs. All concur. (Submitted controversy in an action for a declaratory judgment.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH JACHIM, Appellant, against WILLIAM HUNT, as Warden of the Attica State Prison at Attica, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (The order dismisses a writ of habeas corpus and remands relator to the custody of defendant.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ. [See 269 App. Div. 727.]

THOMAS G. EVANS, Respondent, v. TOWN OF BRIDGEWATER, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action for damages for personal injuries resulting by reason of negligent condition of public highway. The order denies a motion for a new trial.) Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ. [See 269 App. Div. 729.]

CHARLES B. DERRICK et al., Copartners Doing Business under the Name of C. B. DERRICK & SON, Respondents, v. BERTHA F. BANGS, as Executrix of CHARLES R. BANGS, Deceased, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiffs in an action to recover the balance alleged to be due under a contract and for extras for the preparation of a granite memorial.) Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ.